IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KIM TURNER | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | 3:18-cv-02774-S |
| E-Z PLUS, INC. and HERBERT D. WEITZMAN, TRUSTEE OF THE MAXINE M. GRABLOWSKY TRUST | § § § | |

## ORDER

Before the Court is the Second Unopposed Motion to Extend Time to File Responsive Pleading to Plaintiff's Complaint [Docket Entry #1], filed by Defendants. The Motion is **GRANTED**. The deadline for Defendants to file a responsive pleading is extended up to and including January 9, 2019.

**SO ORDERED.**

**SIGNED** this 13th day of December, 2018.

*/s/ Karen Gren Scholer*
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE