IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KIM TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 3:18-CV-2774 |
| E-Z PLUS, INC. and HERBERT D. ) | |
| WEITZMAN, TRUSTEE OF THE ) | |
| MAXINE M. GRABLOWSKY TRUST, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, KIM TURNER ("Plaintiff") and Defendants, E-Z PLUS, INC. and HERBERT D. WEITZMAN, TRUSTEE OF THE MAXINE M. GRABLOWSKY ("Defendants") by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the voluntary dismissal of Defendants, E-Z PLUS, INC. and HERBERT D. WEITZMAN, TRUSTEE OF THE MAXINE M. GRABLOWSKY, with prejudice and that the parties have agreed to entry of an order of Joint Stipulation of Dismissal with Prejudice of Plaintiff's claims against the Defendants in the above-styled action. Each party to bear their own fees and costs.

Respectfully submitted this 7th day of January, 2019.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Northern District of Texas ID No. 54538FL
The Schapiro Law Group, P.L.
21301 Powerline Road, Suite 106

Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com
sandracanto@schapirolawgroup.com

Law Offices of
LIPPE & ASSOCIATES

/s/  Emil Lippe, Jr.
Emil Lippe, Jr., Esq.
State Bar No. 12398300
Lippe & Associates
12222 Merit Drive, Suite 1200
Dallas, TX 75251
Tel: (214) 855-1850
Fax: (214) 720-6074
emil@texaslaw.com


ATTORNEYS FOR PLAINTIFF
KIM TURNER

/s/    Stacy Hoffman Bruce
Stacy Hoffman Bruce, Esq.
Texas Bar #
*Attorneys for Defendants*
Cobb Martinez Woodward PLLC
1700 Pacific Avenue, Suite 3100
Dallas, TX  75201
Email: sbruce@cobbmartinez.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of January, 2019, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/  Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Northern District of Texas ID No. 54538FL